UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | | |
|---|---|---|
| PSLC LLC, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2:24-cv-1270-PP |
| v. | § § | |
| GENERAC POWER SYSTEMS, INC., | § § § | |
| Defendant. | § | |

## JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Pursuant to the parties' Joint Rule 26(f) Report (Dkt. 26) and the Court's October 17, 2025 Scheduling Order (Dkt. 30), the parties jointly submit the following:

**I.** **Anticipated Length of Time Necessary for the Claim Construction Hearing**

The parties anticipate they will need three (3) hours for the claim construction hearing.

**II.** **Whether Any Party Proposes to Call One or More Witnesses, Including Experts, at the Claim Construction Hearing and the Identity of Each Such Witness**

The parties do not intend to call any live witnesses at the hearing.

**III.** **A List of Any Other Issues Which Might Appropriately Be Taken Up at the Claim Construction Hearing**

None at this time.

**IV.** **Claim Construction Chart**

For the Court's benefit, the parties have attached a chart identifying the terms, phrases, or clauses of the Asserted Patents that are in dispute. Exhibit A provides the parties' respective proposed constructions, along with an identification of intrinsic evidence supporting its proposed claim construction as well as an identification of extrinsic evidence that each party intends to rely on to support its proposed constructions or to oppose the proposed construction of the other party.

In the instances where the parties agree on a construction, such agreement has been noted in Exhibit A.

Dated this 14th day of January, 2026.

| | |
|---|---|
| *s/ Dave R. Gunter* | */s/ David B. Conrad* |
| Jonathan T. Suder | Neil J. McNabnay |
| Dave R. Gunter | David B. Conrad |
| Alexander N. Yow | Michael Ellis |
| FRIEDMAN, SUDER & COOKE | Brandon S. Avers |
| 604 E. Fourth Street, Suite 200 | FISH & RICHARDSON P.C. |
| Fort Worth, TX 76102 | 1717 Main Street, Suite 5000 |
| (817) 334-0400 | Dallas, Texas 75201 |
| (817) 334-0401 fax | (214) 747-5070 – Telephone |
| gunter@fsclaw.com | (214) 747-2091 – Facsimile |
| jts@fsclaw.com | mcnabnay@fr.com |
| ayow@fsclaw.com | conrad@fr.com |
| | ellis@fr.com |
| **ATTORNEYS FOR PLAINTIFF PSLC LLC** | avers@fr.com |
| | **ATTORNEYS FOR DEFENDANT GENERAC POWER SYSTEMS, INC.** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of January 2026, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Wisconsin, Milwaukee Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Dave R. Gunter*